IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:24-cr-169-MOC** |
| ) | |
| ) | BILL OF INDICTMENT |
| vs. ) | |
| ) | Violations: 21 U.S.C. § 841(a)(1) |
| ) | 18 U.S.C. § 924(c)(1)(A) |
| MARQUISIO TREVON PHILLIPS ) | |
| a/k/a "Que" ) | |
| ) | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 19, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**MARQUISIO TREVON PHILLIPS,**
**a/k/a "Que,"**

did knowingly and intentionally distribute a controlled substance, that is, a quantity of a mixture and substance containing a detectable amount of the fentanyl analogue (para-, meta-, or ortho-) Fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about October 3, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**MARQUISIO TREVON PHILLIPS,**
**a/k/a "Que,"**

did knowingly and intentionally distribute a controlled substance, that is, a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT THREE

On or about October 11, 2023, in Gaston County, within the Western District of North

Carolina, the defendant,

**MARQUISIO TREVON PHILLIPS,**
a/k/a "Que,"

did knowingly and intentionally distribute a controlled substance, that is, a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about October 24, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**MARQUISIO TREVON PHILLIPS,**
a/k/a "Que,"

did knowingly and intentionally distribute a controlled substance, that is, a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about November 2, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**MARQUISIO TREVON PHILLIPS,**
a/k/a "Que,"

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, a quantity of a mixture and substance containing a detectable amount of the fentanyl analogue (para-, meta-, or ortho-) Fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about November 2, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**MARQUISIO TREVON PHILLIPS,**
a/k/a "Que,"

did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1),

as set forth in Count Five of this Bill of Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

    a.    All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

    b.    All property used or intended to be used in any manner or part to commit or facilitate such violations; and,

    c.    If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.  one Smith and Wesson M&P Bodyguard .380 caliber semi-automatic pistol;

    b.  one Smith and Wesson M&P Shield .40 caliber semi-automatic pistol;

    c.  assorted rounds of ammunition.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY